DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT WATSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2588

[May 2, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 18-003856CF10A.

Sean Conway, Fort Lauderdale, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Joseph D. Coronato, Jr., Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE, JJ., and ROWE, CYMONIE, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***